# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, OCTOBER, 1884.

The People of the State of New York, Respondents, v. Franz Joseph Petmecky, Appellant.—Judgment and conviction affirmed, and decision and return remitted to the Court of Oyer and Terminer of Cayuga county. Opinion by Smith, P. J.; dissenting opinion by Barker, J.

Edward M. Jewett, Respondent, v. Jeremiah C. Lamphier, Appellant.—Judgment and order affirmed. Opinion by Bradley, J.; Barker, J., not sitting.

Frederick Haake, Respondent, v. Frank T. Reynolds and others, Appellants.— Order reversed and new trial granted in the Erie County Court, costs to abide the event. Opinion by Barker, J.

Charles Hawley, Respondent, v. The Pittsburg, Titusville and Buffalo Railroad Company, Appellant.—Judgment of the County Court and that of the justice reversed. Opinion by Bradley. J.

Ethel L. Lyon, Respondent, v. James A. Wing and another, Appellants.—Judgment reversed on a question of fact and new trial ordered before another referee, costs to abide the event. Opinion by Smith, P. J.; Haight, J., not voting.

John Birmingham, Respondent, v. Mary Gorman, Appellant.—Judgment reversed and new trial ordered before another referee, costs to abide the event. Opinion by Bradley, J.

Maria Evans, Respondent, v. Charles Demming, Appellant.—Judgment reversed and new trial ordered in the County Court of Allegany county, costs to abide the event. Opinion by Haight, J.

Alice J. Taylor, Appellant, v. Andrew J. Palmer, Respondent.—Order affirmed, with costs. Opinion by Smith, P. J.; Barker, J., not sitting.

Michael Hess, Respondent, v. Charles Burroughs, Appellant. —Judgment affirmed; no opinion.

Elizabeth M. Chapman, Appellant, v. The Village of Silver Creek, Respondent. — Order reversed, with costs. Opinion by Bradley, J.

Emily E. Kinney, Respondent, v. William Schwartz, as Administrator, etc., and others, Appellants. — Appeal from order of substitution dismissed, with ten dollars costs of that appeal against the administrator, and judgment affirmed, with costs against the appellant. The costs charged upon the administrator to be paid out of the estate of the intestate in her hands. Opinion by Smith, P. J.

Lucy Wainman, Respondent, v. Isaac Hampton, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Haight, J.

Levi Maxfield, Respondent, v. George W. Terry, Appellant. — Judgment and order affirmed. Opinion by Smith, P. J.

Henry Clews, Appellant, v. Walter L. Sessions, Henry Sheldon and others, Respondents. — Judgment and order appealed from in each case affirmed. Opinion by Barker, J.; Haight, J., not sitting.

Alonzo J. Aldrich, Respondent, v. The Home Insurance Company, Appellant. — Judgment affirmed. Opinion by Haight, J.

Willoughby Derr, Appellant, v. Alonzo B. Cooley and others, Respondents. — Judgment as to the custody of the child affirmed, with costs of the action, prior to the bringing of this appeal, to the defendants, and the judgment, so far as it relates to compensation, reversed and a new trial ordered as to the issues on that subject before another referee, the costs of this appeal and of the new trial to abide the event. Opinion by Smith, P. J.

John Hanna, Respondent, v. Amos C. Sanford, Appellant.—Judgment reversed and new trial ordered before another referee, costs to abide the event. Opinion by Barker, J.

Mary C. Hyde, Respondent, v. Abram Eckler, Appellant.—Judgment affirmed, with costs, with leave to the defendant to answer in twenty days, on payment of the costs of this appeal and of the demurrer. Opinion by Smith, P. J.; Haight, J., not voting.

Mortimer Ely v. Leander S. Phelps.—New trial denied and judgment for the defendant on the verdict. Opinion by Bradley, J.; Barker, J., not sitting.

Joshua J. Towle, Respondent, v. The Springfield Fire and Marine Insurance Company, Appellant.—Judgment affirmed. Opinion by Haight, J.; Barker, J., not sitting.

Solomon Longyer, Plaintiff, v. The United States Life Insurance Company of New York, Defendant.—New trial granted, costs to abide event. Opinion by Barker, J.

David H. King, Plaintiff, v. The United States Life Insurance Company of New York, Defendant.—New trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Barker, J.

John Kelly, Respondent, v. The Agricultural Insurance Company, Appellant.—Judgment and order reversed and new trial granted, costs to abide event, unless the plaintiff stipulates within twenty days after the service of the order on him to reduce the judgment by deducting therefrom $233.75 as of the time of rendering the verdict, and in that case the judgment as so reduced affirmed, without costs of this appeal to either party. Opinion by Bradley, J.; Haight, J., not sitting.

In the Matter of the Petition of Lewis H. Clark, a Tax-payer, etc., Appellant, v. Andrew F. Sheldon, as County Treasurer of Wayne County, Respondent.—Order affirmed, with costs. Opinion by Smith, P. J.

Anton Stadler, Respondent, v. Hiram Burchard, Appellant.—Judgment of the County Court and that of the justice reversed. Opinion by Barker, J.

The Town of Wheatland and others, Respondents, v. Henry A. Taylor, Appellant.—Order affirmed, with ten dollars costs and disbursements, to be paid by the appellant.—Opinion by Smith, P. J.; Haight, J., not sitting.

Susan E. Hyland, Respondent, v. John H. Carpenter and others, Executors, etc., Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Barker, J.

Mary J. Coombs, Appellant, v. Benjamin F. Bowen, as Administrator, etc., and others, Respondents.—Judgment affirmed, with costs. Opinion by Haight, J.

John Coombs, Appellant, v. Benjamin F. Bowen, as Administrator, etc., and others, Respondents. — Judgment affirmed, with costs.

In the Matter of the Application of the New York, West Shore and Buffalo Railway Company to Acquire Lands of Dwight E. Hemingway and others, Respondents.—Order affirmed, with ten dollars costs and disbursements. Opinion by Bradley, J.

Henry D. Tucker, Respondent, v. Alfred Ely, Appellant. — Judgment and order reversed and new trial ordered in the County Court